THOMAS JONES v. JOSHUA BRICK and JAMES B. LANE.

### CERTIORARI.

A mere entry in a book of accounts unexplained and unsupported by any other evidence is not sufficient to sustain a charge for cash paid to a third person, not one of the parties in the suit.

---

Several reasons assigned for the reversal of the judgment of the justice were argued by *W. Halsted,* for the plaintiff, and *Jeffers,* for the defendants.

BY THE COURT.—One of the items of the state of demand is "To cash paid John Young, $10"—and the only evidence, as appears by the justice's return, produced in support of it, was the book of accounts of the plaintiff below, first duly proved. A mere entry in a book of accounts unexplained and unsupported by any other evidence is not legal and sufficient to sustain a charge for cash paid to a third person not one of the parties in the suit, nor shewn to be in anywise connected with them. *Tenbroke and Chapman* v. *Johnson, Coxe* 288; *Townly* v. *Wooly and another, ibid,* 377. In *Sykes* v. *Stokes,* 1 *South.* 204, the question turned on the sufficiency of the state of demand. Without expressing any opinion on the other reasons argued,

Let the judgment be reversed.